| STATE OF INDIANA | ) |  | IN THE PORTER SUPERIOR COURT |
|---|---|---|---|
|  | ) SS: |  |  |
| COUNTY OF PORTER | ) |  | SITTING AT VALPARAISO, INDIANA |

RICHARD JENDRZEJCZYK, )
   Plaintiff, )
                        )    CAUSE NO: 64D01-1410-PL-9593
v. )
                        )
LAPORTE COUNTY SHERIFF, )
LAPORTE COUNTY, )
WESTVILLE POLICE DEPT, )
PORTER COUNTY SHERIFF, )
PORTER COUNTY, )    ***JURY DEMANDED***
TERRI WOOD, )
   Defendants. )

FILED
IN OPEN COURT
JUL 27 2015

JUDGE PORTER SUPERIOR COURT

## PLAINTIFF'S FIRST AMENDED COMPLAINT

Comes now Plaintiff, Richard Jendrzejczyk, by Counsel, Fred W. Grady & Associates, P.C., by Attorney Blake N. Dahl, & Schwerd, Fryman, & Torrenga, LLP., by Attorney Christopher A. Buckley, for his *First Amended Complaint* as a matter of right pursuant to Ind. Tr. R. 12(B) against the LaPorte County, LaPorte County Sheriff's Department, Westville Police Department, Porter County, Porter County Sheriff's Department, and Terri Wood personally and in her capacity as employee/agent of Porter County, and states as follows:

## FACTUAL BACKGROUND

1. On or about November 8th 2012, Plaintiff Richard Jendrzejczyk ("Richard") a resident and natural born Citizen of the State of Indiana, was making a delivery for his employer Dust Catchers, at Ramsay's West Point Lounge, a Tavern in Westville Indiana, when he was approached by bar patron & Porter County 911 Dispatcher & IDACS Coordinator Terri Wood, aka Terri Puckett ("Terri"), who was heavily intoxicated from consuming alcohol.

2. Recognizing Richard's last name (sewn on his uniform), Terri accused him of being a criminal, having an outstanding warrant for his arrest, and proceeded to call Richard abusive names with foul language. At one point in the encounter, Terri threatened physical violence against Richard which was only avoided by Terri's husband or significant other, interceding to stop her from physically striking Richard. In her drunken state, she repeatedly claimed that Richard had a warrant for his arrest and that she would call her friends on the police department to come arrest him. Not believing her and wanting to prove his innocence, Richard remained at the West Point Lounge while the police were contacted and dispatched to that location.

3. After arriving at the scene, Police Officer Steve Ames of the Westville Police Department, did a warrant search on Richard and discovered that a warrant did exist for him out of Porter County Indiana. Richard was then wrongfully arrested based upon a warrant issued for failure to appear before the Porter Circuit Court, Juvenile Division, issued on December 4th 2006 but this warrant had been properly recalled by the Court on March 9th 2007, and Richard was not informed of the reason for the warrant upon arrest or anytime while in custody.

4. Even after pleading with the Officers that the warrant could be not valid, he was still arrested and taken to the LaPorte County Jail where he was booked and held by the LaPorte County Jail/LaPorte County Sheriff's Department and held there until the Porter County Sheriff's Department was able to transport him to the Porter County Jail. After a total of (6) six days incarcerated without a hearing, bond, or explanation for his arrest he was released and was told he could leave because "a lady from the Prosecutor's office" had called and said he could be released; Richard was given no further explanation.

5. Richard was falsely arrested, detained, falsely imprisoned and incarcerated in violation of his rights under the Indiana Constitution. While detained, the jail refused to allow him to take his Physician prescribed medication which takes time to be introduced to the body. As a Result of this violation of Constitutional rights, Richard suffered injury or damages both actual and economic, as well as physical, extreme emotional distress and extreme financial hardship to the amount of $150,000.00. As a result of the egregious acts, either negligent or intentional, by the Defendants, Richard suffered a loss of employment, damage to his credit report rating, damage to his public reputation, public embarrassment, injury to the relationship with his children, deprivation of his constitutional rights and ability for free movement, harassment, injury to his health and well-being and severe emotional distress.

6. After a thorough pre-suit investigation, Counsel for Richard believe the Porter County Sheriff's Department re-activated the aforementioned warrant that had been properly recalled when they switched to a new computer system or when they arrested a relative of Richard with the same last name.

7. It is further believed that after being incarcerated in the Porter County Jail, the Porter County Prosecutors Office and Courts were notified of Richards's incarceration and after being held without bond, without a hearing, or explanation of his arrest; knowing of his illegal detainment, they delayed in notifying the jail that he should be released, therefore making part of his illegal confinement an intentional act entitled to punitive damages, treble damages, and attorney's fees.

## VIOLATIONS OF 42 U.S.C. § 1983

8. Defendants' actions, as complained of herein, violated Plaintiff's rights under the Fourth and Fourteenth Amendments to the United States Constitution, *inter alia*, enforced under

the Civil Rights Act of 1866, as amended, 42 U.S.C. § 1983; and under the laws of the State of Indiana. Plaintiff seeks prejudgment interest, attorney fees, costs, compensatory damages, and punitive damages.

## DAMAGES

9. Richard requests damages resulting from injury sustained from negligence and or intentional acts by the Defendant roughly estimated to exceed $150,000.00; and attorney fees (yet to be determined).

## JURY DEMAND

10. Plaintiff Richard Jendrzejczyk, by Fred W. Grady & Associates, P.C., by Attorney Blake N. Dahl, & Schwerd, Fryman, & Torrenga, LLP., by Attorney Christopher A. Buckley, respectfully requests to resolve this matter through civil trial, by jury and as such, requests the court to make arrangements in accordance with said request.

WHEREFORE, Plaintiff Richard Jendrzejczyk, by Counsel, Fred W. Grady & Associates, P.C., by Attorney Blake N. Dahl, & Schwerd, Fryman, & Torrenga, LLP., by Attorney Christopher A. Buckley pray for damages against the Defendants, and for all other relief deemed just and proper in the premises.

Respectfully submitted,

SCHWERD, FRYMAN & TORRENGA, LLP
*Attorneys for Plaintiff, Richard Jendrzeczyk*

By: _____
Christopher A. Buckley, #28938-64
**Schwerd, Fryman & Torrenga, LLP**
825 East Lincolnway
Valparaiso, IN 46383
(219) 841-5683
Fax: (219) 841-5684

cab@sftlawyers.com

## CERTIFICATE OF SERVICE

I certify that on the 27th day of July, 2015, service of a true and complete copy of the above foregoing pleading or paper was made upon each party or attorney of record herein by depositing the same in the United States Mail in envelopes properly addressed to each of them and with sufficient first class postage affixed.

I further hereby certify that the foregoing document complies with the requirements of Trial Rule 5 (G) with regard to information excluded from the public record under Administrative Rule 9(G).

*[signature]*