IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RICHARD JENDRZEJCZYK, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 2:15-CV-00300 |
| LAPORTE COUNTY, INDIANA, and WESTVILLE, INDIANA, | ) |
| Defendants. | ) |

**DEFENDANTS, LA PORTE COUNTY, INDIANA and WESTVILLE, INDIANA'S MOTION FOR SUMMARY JUDGMENT**

Defendants, La Porte County, Indiana and Westville, Indiana, by counsel move for Summary Judgment with respect to all of Plaintiff's claims against them pursuant to Fed. R. Civ. P. 56 and in support states the following:

1)   There is no genuine issue as to any material fact, and these Defendants are entitled to judgment as a matter of law as to all Plaintiff's claims.  The evidentiary material in support of this Motion is set forth specifically in the Memorandum of Law and Designation of Evidence, with exhibits, filed with this Motion.

2)   In addition, pursuant to Fed. R. Civ. P. 56(c), the Court should, in writing, expressly determine that there is no just reason for delay and the Court should, in writing, expressly direct entry of final judgment in favor of these Defendants.

3)   Pursuant to Fed. R. Civ. P. 56(d), if judgment is not rendered for the relief sought by Defendants, La Porte County, Indiana and Westville, Indiana, then they request that the Court, by examining the pleadings and the evidence before it and by interrogating

counsel, ascertain what material facts are actually and in good faith controverted and thereupon make an order specifying the facts that appear without substantial controversy, and directing such further proceedings in the action as are just.

  WHEREFORE, Defendants, La Porte County, Indiana and Westville, Indiana, by counsel, move for summary judgment for all claims against them and for all other proper relief.

         **Newby, Lewis, Kaminski & Jones, LLP**

        By: /s/Martin W. Kus
          Martin W. Kus, 5377-46
         *Attorney for Defendants Westville and La Porte County*
         916 Lincolnway, P.O. Box 1816
         La Porte, Indiana 46350
         Telephone: (219) 362-1577
         Fax: (219) 362-2106

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RICHARD JENDRZEJCZYK, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CAUSE NO. 2:15-CV-00300<br>) |
| LAPORTE COUNTY, INDIANA, and<br>WESTVILLE, INDIANA, | )<br>)<br>) |
| Defendants. | ) |

_____

PROOF OF SERVICE
_____

I hereby certify that on the 8th day of January, 2018, I electronically filed a complete copy of Defendants, La Porte County, Indiana and Westville, Indiana's Motion for Summary Judgment and this Proof of Service with the Clerk of the Court CM/ECF system:

Blake N .Dahl :  bdahl@fwgpc.com
Christopher A. Buckley: cab@sftlawyers.com
Russell W. Brown, Jr.: rbrown@scottkinggroup.com

**NEWBY, LEWIS, KAMINSKI AND JONES, LLP**

By:/s/ Martin W. Kus
Martin W. Kus, # 5377-46