**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| RICHARD JENDRZEJCZYK,<br>    (Yen-Jay-Check)<br>        Plaintiff,<br><br>                    vs.<br><br>PORTER COUNTY, INDIANA, LAPORTE COUNTY, INDIANA, WESTVILLE, INDIANA, and, Terri Wood, in her official and individual capacities,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) No. 2:15-cv-00300-RL-PRC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Comes now, Richard Jendrzejczyk, by Counsel Russell W. Brown, Jr. of King, Brown & Murdaugh, LLC and files this Unopposed Motion to Extend Deadline to File Plaintiff's Response to Defendants' Motion for Summary Judgment and in support thereof states the following:

1. Defendants, LaPorte County and Westville, filed their Motion for Summary Judgment and Memorandum in Support thereof on January 8, 2018.

2. Plaintiff filed an Unopposed Motion to Extend the Deadline on February 5, 2018 which this Court granted.

3. Plaintiff's deadline was extended to and including March 7, 2018.

4. Plaintiff needs additional time to file his response to Defendants' Motion for Summary Judgment.

5. Plaintiff requests that the deadline be extended to and including March 26, 2018.

6. The Defendants, by Counsel Martin W. Kus does not object to the granting of this Motion.

Wherefore, the Plaintiff, by Counsel, prays that this Court grant this Motion and extend the deadline to file Plaintiff's Response to Defendants' Motion for Summary Judgment to and including March 26, 2018.

s/ Russell W. Brown, Jr.
Russell W. Brown, Jr. #29628-64
9211 Broadway
Merrillville, IN 46410
(219) 769-6300
FAX: (219) 769-0633
rbrown@kbmtriallawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2018, I electronically filed the foregoing Unopposed Motion to Extend Deadline to File Plaintiff's Response to Defendants' Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record in this matter, all of whom are CM/ECF participants.

s/ Russell W. Brown, Jr.
Russell W. Brown, Jr.
